AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

TRINA DULANEY,

                              Plaintiff,

                   v.

MICHAEL SANDONA, et al.,

                             Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-13-036-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant Sandona's Motion to Dismiss Defendant Sandona is GRANTED.  Judgment is entered in favor of Defendant Sandona, dismissing all claims in the Complaint against Defendant Sandona with prejudice and without costs to any party.

June 5, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson