# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| TRINA DULANEY,<br>*Plaintiff*<br>v.<br>CHERYL GRIMM and DEPT. OF SOCIAL AND HEALTH SERVICES for the STATE OF WASHINGTON,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>Civil Action No. CV-13-036-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Grimm and the State Department of Social and Health Services' Motion for Summary Judgment is Granted. Judgment is entered in favor of the Defendants and the Complaint and the claims therein are dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: July 29, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson